UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 DEC 20 PM 2: 15

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT E. COLLINS (1),<br>a/k/a "B.J.,"<br><br>and<br><br>ROBERT L. HALEY (2),<br><br>Defendants. | CASE NO.<br><br>JUDGE<br><br>INDICTMENT<br><br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1) & 841(b)(1)(C)<br>18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>FORFEITURE ALLEGATIONS |

THE GRAND JURY CHARGES:

### COUNT 1
(Conspiracy to Distribute Cocaine)

1. Beginning in or about September 2022 and continuing through and including the date of this Indictment, the exact dates being unknown, in the Southern District of Ohio and elsewhere, the defendants, **BRETT E. COLLINS, a/k/a "B.J.,"** and **ROBERT L. HALEY**, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with other persons known and unknown to the Grand Jury to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C).

## COUNT 2
### (Distribution of Fentanyl)

2. On or about August 24, 2022, in the Southern District of Ohio, the defendant, **BRETT E. COLLINS, a/k/a "B.J.,"** knowingly and intentionally distributed pills containing a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (hereinafter "fentanyl"), a Schedule II controlled substance.

**In violation of 21 U.S.C. § 841(a)(1) & 841(b)(1)(C).**

## COUNT 3
### (Distribution of Fentanyl)

3. On or about August 29, 2022, in the Southern District of Ohio, the defendant, **BRETT E. COLLINS, a/k/a "B.J.,"** knowingly and intentionally distributed pills containing a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. § 841(a)(1) & 841(b)(1)(C).**

## COUNT 4
### (Distribution of Fentanyl)

4. On or about August 31, 2022, in the Southern District of Ohio, the defendant, **BRETT E. COLLINS, a/k/a "B.J.,"** knowingly and intentionally distributed pills containing a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. § 841(a)(1) & 841(b)(1)(C).**

## COUNT 5
### (Distribution of Fentanyl)

5. On or about September 2, 2022, in the Southern District of Ohio, the defendant, **BRETT E. COLLINS, a/k/a "B.J.,"** knowingly and intentionally distributed pills containing a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. § 841(a)(1) & 841(b)(1)(C).**

## COUNT 6
### (Distribution of Fentanyl)

6. On or about September 8, 2022, in the Southern District of Ohio, the defendant, **BRETT E. COLLINS, a/k/a "B.J.,"** knowingly and intentionally distributed pills containing a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. § 841(a)(1) & 841(b)(1)(C).**

## COUNT 7
### (Distribution of Fentanyl)

7. On or about September 8, 2022, in the Southern District of Ohio, the defendant, **BRETT E. COLLINS, a/k/a "B.J.,"** knowingly and intentionally distributed pills containing a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. § 841(a)(1) & 841(b)(1)(C).**

## COUNT 8
## (Distribution of Fentanyl)

8. On or about September 28, 2022, in the Southern District of Ohio, the defendant, **BRETT E. COLLINS, a/k/a "B.J.,"** knowingly and intentionally distributed pills containing a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. § 841(a)(1) & 841(b)(1)(C).**

## COUNT 9
## (Engaging in the Business of Dealing in Firearms without a License)

9. Beginning in or about August 2022 and continuing through and including the date of this Indictment, the exact dates being unknown, in the Southern District of Ohio, the defendant, **BRETT E. COLLINS, a/k/a "B.J.,"** not being a licensed dealer of firearms, willfully engaged in the business of dealing in firearms.

**In violation of 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D).**

## COUNT 10
## (Felon in Possession of a Firearm)

10. On or about August 29, 2022, in the Southern District of Ohio, the defendant, **BRETT E. COLLINS, a/k/a "B.J.,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically: a Taurus, Model 1911 Commander, 9mm handgun (S/N: ACA414149), and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION A

11. The allegations of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 21 U.S.C. § 853(a)(1) and (2).

12. Upon conviction of any of the offenses alleged in Counts 1-8, the defendants, **BRETT E. COLLINS, a/k/a "B.J.,"** and **ROBERT L. HALEY**, shall forfeit to the United States all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense(s).

13. <u>Substitute Assets</u>: If any of the forfeitable property described above, as a result of any act or omission of the defendants, **BRETT E. COLLINS, a/k/a "B.J.,"** and **ROBERT L. HALEY**:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States of America, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants, **BRETT E. COLLINS, a/k/a "B.J.,"** and **ROBERT L. HALEY**, up to the value of the forfeitable property.

**Forfeiture notice pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

5

## FORFEITURE ALLEGATION B

14. The allegations of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

15. Upon conviction of any of the offenses alleged in Counts 9-10, the defendant, **BRETT E. COLLINS, a/k/a "B.J.,"** shall forfeit to the United States any firearms or ammunition involved or used in such offense(s), including, but not limited to the following:

|    | Make | Model/Description | Serial # | ATF # |
|----|------|-------------------|----------|-------|
| a. | Taurus | 1911 Commander 9mm pistol | ACA414149 | Item # 5 |
| b. | American Tactical | FXH-45 .45 caliber pistol | FX003054 | Item #10 |
| c. | FNH | FNS-40 .40 caliber pistol | GKU0123475 | Item #16 |
| d. | Sig Sauer | P320 9mm pistol | M17-081336 | Item #18 |
| e. | Glock | Glock 23 .40 caliber pistol | SMR121 | Item #23 |
| f. | Glock | Glock 19 9mm caliber pistol | BTXD613 | Item #25 |
| g. | Glock | Glock 30 .45 caliber pistol | YWK667 | Item #31 |
| h. | Glock | Glock 31 .357 caliber pistol | YEY230 | Item #35 |
| i. | Palmetto State Armory | PA-15 .300 caliber pistol | PA107011 | Item #37 |

6

| | | | | |
|---|---|---|---|---|
| j. | Glock | Glock 42<br>.380 caliber pistol | ACKK184 | Item #38 |
| k. | HK | P30<br>.40 caliber pistol | 219-016958 | Item #39 |
| l. | Glock | Glock 19X<br>9mm pistol | BHDU371 | Item #40 |
| m. | Ruger | P89<br>9mm pistol | 305-16306 | Item #48 |
| n. | Freedom Ordnance | FX-9<br>9mm pistol | 004747 | Item #53 |
| o. | Smith & Wesson | Model 442<br>.38 caliber revolver | CWZ1279 | Item #54 |
| p. | DPMS | A15<br>.223 caliber pistol | L4039697 | Item #59 |
| q. | Keltec | Sub-2000<br>9mm rifle | FG3402 | Item #63 |
| r. | Smith & Wesson | Model 5906<br>9mm pistol | TDA2432 | Item #64 |
| s. | Hi-Point | CF380<br>.380 caliber pistol | P8094292 | Item #65 |
| t. | Keltec | Sub-2000<br>9mm rifle | FGN031 | Item #66 |
| u. | Springfield Armory | XD-9<br>9mm pistol | MG471009 | Item #69 |
| v. | FN | Model 503<br>9mm pistol | CV014920 | Item #70 |
| w. | Taurus | PT709 Slim<br>9mm pistol | TJZ00714 | Item #71 |
| x. | SAR Arms | SAR 9<br>9mm pistol | T1102-21BV74206 | Item #75 |

| | | | | |
|---|---|---|---|---|
| y. | Keltec | PF-9 9mm pistol | S7S65 | Item #119 |
| z. | Canik55 | TP-9SF 9mm pistol | T647221AT05800 | Item #120 |
| aa. | Ruger | LCP .380 caliber pistol | 37133888 | Item #117 |
| bb. | Glock | Glock 22 .40 caliber pistol | BHES527 | Item #121 |

Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

s/Foreperson
Foreperson

KENNETH L. PARKER
UNITED STATES ATTORNEY

*[signature]*

NOAH R. LITTON (0090479)
Assistant United States Attorney

8